IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| THE EXTRADITION OF T.C. | ) | No. 24-mj-01365-DLC |
| | ) | |

**GOVERNMENT'S STATUS REPORT**

The United States of America respectfully submits this status report regarding issues raised in the Second Affidavit in Support of Motion for Release from Detention with Conditions (Dkt. 29) and at the June 20, 2024 detention hearing.  The government is awaiting confirmation regarding additional issues raised in Dkt. 29, but in the interest of time submits the following:

1. **Release of T.C.'s Information at Manson Youth Institution**

T.C.'s records at the Manson Youth Institution ("Manson"), which houses individuals up to 21 years of age, inadvertently failed to receive a flag that T.C. was under 18 years of age, which normally accompanies the mittimus received from the Connecticut Juvenile Court.  As a federal detainee, T.C. does not have a mittimus from the Connecticut Juvenile Court.  As a result, his date of birth, inmate number, and dates of detention were inadvertently made publicly available on the Connecticut State Department of Correction's ("CT DOC") website to those who knew his full name (which had been widely published in the Turkish media prior to the initiation of extradition proceedings).  Upon being notified of this error, Manson officials promptly removed T.C.'s information from the CT DOC's website.

2. **International Calls**

According to Manson's public information officer, prior to T.C.'s arrival at Manson, Manson did not have international calling capability.  However, Manson staff are working on setting up international calls so that T.C. may communicate with family in Turkey.

3. **Medication**

The undersigned AUSA consulted with health officials at Manson, who confirmed that Manson will order T.C.'s medication upon receipt of a valid prescription. The undersigned AUSA requested a copy of the prescription from T.C.'s counsel on June 21, 2024, but has not yet received one.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Date:  June 25, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney
