**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**


IN THE MATTER OF        )
THE EXTRADITION OF     )           No. 24-mj-01365-DLC
T.C.                  )


**ASSENTED TO MOTION TO SEAL THE UNREDACTED COPY**
**OF THE JUVENILE'S MOTION SEEKING AN ORDER ON**
**JUVENILE'S MOTION TO RECONSIDER AND REQUEST**
**FOR AN EXPEDITED HEARING**


Now comes T.C. who through counsel moves to seal the unredacted copy of his

Motion Seeking an Order on Juvenile's Motion to Reconsider and Request for an

Expedited Hearing, to be filed this day, August 1, 2024.

As reason therefore, the Motion raises issues that could potentially jeopardize

the juvenile's safety and security, as happened previously when he was detained at

Manson Juvenile Institute. The government assents to this motion.


Respectfully Submitted,

T.C.
By his attorney,

/s/ Victoria Kelleher

Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street
Suite 500
Boston MA 02109
978-744-4126

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served on all counsel of record this day, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.


/s/ Victoria Kelleher


Victoria Kelleher